■ In the Matter of CARLA COHEN, Appellant, v WILLIAM COHEN, Respondent.—Motion by the appellant on an appeal from an order of the Family Court, Nassau County, entered January 3, 1991, to impose sanctions upon the respondent's attorney.

Upon the papers submitted in support of the motion and the papers submitted in opposition thereto, it is,

Ordered that the motion is denied. Thompson, J. P., Eiber, Balletta and O'Brien, JJ., concur.